[No. 74030-0-I. Division One. May 15, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00479-5, Dave Needy, J., entered September 17, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 74054-7-I. Division One. May 15, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRESON CHESTER HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09602-8, Timothy A. Bradshaw, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 74447-0-I. Division One. May 15, 2017.]

STEVEN DONATELLI ET AL., *Appellants*, v. D.R. STRONG CONSULTING ENGINEERS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19468-8, Bruce E. Heller, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Spearman, JJ.